UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SCOTT JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:20-cv-00462-GSA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 16) |

　　　It is ordered that Defendant's first unopposed motion for an extension of time to file a response letter brief (Doc. 16) is granted. Defendant shall file a response letter brief on or before May 5, 2021. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

　Dated:   **April 15, 2021**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1