UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| RANDY SCOTT JONES, | ) Case No.: 1:20-cv-00462-GSA |
| Plaintiff, | ) **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (SECOND) AND ORDER** |
| vs. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) **(Doc. 18)** |
| Defendant. | ) |

Defendant moves for an extension of time to file his response to Plaintiff's letter brief. The current due date is May 5, 2021. The new date will be June 4, 2021. All other deadlines will extend according to the Court's Scheduling Order dated April 1, 2020, Docket no. 5. Plaintiff's counsel has been contacted and he has no objection to this request.

Defense counsel needs an extension of time because she is taking extended leave to care for the emotional, physical, and scholastic needs of her two her young children who are unable to return to school or childcare fulltime due to various stay-at-home orders or school policies as a result of the pandemic. In addition, defense counsel needs more time to consider the issues in Plaintiff's letter brief, determine whether options exist for settlement, and draft the response.

This request is made in good faith with no intention to delay unduly the proceedings.

This is Defendant's second request for an extension.

Respectfully submitted,

Dated: May 5, 2021
PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ S. Wyeth McAdam*

S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED. DEFENDANT SHALL FILE HIS RESPONSE TO PLAINTIFF'S LETTER BRIEF ON OR BEFORE JUNE 4, 2021.

IT IS SO ORDERED.

Dated: **May 5, 2021**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE