# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

RANDY SCOTT JONES,           ) Case No. 1:20-cv-00462
        Plaintiff,          ) STIPULATION AND ORDER FOR
        vs.                 ) EXTENSION OF TIME
ANDREW SAUL,                 )
Commissioner of Social Security, )
        Defendant.          )

      IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 24, 2021 to July 26, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF . All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                        Respectfully submitted,

Dated:      June 17, 2021     PENA & BROMBERG, ATTORNEYS AT LAW

1

| | | |
|---|---|---|
| 1 | | By: */s/ Jonathan Omar Pena* |
| 2 | | JONATHAN OMAR PENA |
| 3 | | Attorneys for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: June 18, 2021 | PHILLIP A. TALBERT |
| 7 | | Acting United States Attorney |
| 7 | | DEBORAH LEE STACHEL |
| 8 | | Regional Chief Counsel, Region IX |
| 9 | | Social Security Administration |

By: *\*/s/ Wyeth McAdam*
Wyeth McAdam
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on June 18, 2021)

2

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: __**June 21, 2021**__       _____**/s/ Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE